IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TRINYA ARNOLD, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:13-cv-00197 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Frensley |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Trinya Arnold's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 14.) Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 20), and Plaintiff replied (Doc. No. 23). Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the present action be remanded for further consideration of the evidence in light of Plaintiff's fibromyalgia. (Doc. No. 25 at 13.) The Report was filed on September 1, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this case to the Commissioner for further proceedings. The Clerk of the Court is **DIRECTED** to close the case.

Entered this the 14th day of October, 2016.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT